IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 30-7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LORI WATTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Dismiss Count Two in Information as to Named Defendant (#166) filed by the Government. It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss Count Two in Information as to Named Defendant (#166) is hereby **ALLOWED** and the charges contained against Defendant in Count Two as to the Bill of Information are **DISMISSED**.

Signed: November 10, 2014

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

1